## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

GREGORY ALLEN DUNCAN,              )
                                   )
    Petitioner,                    )
                                   )
vs.                                )    CIVIL ACTION NO. 16-0104-CG-M
                                   )
WARDEN NOAH PRICE OLIVER,          )
                                   )
    Defendant.                     )

## ORDER

After due and proper consideration of the issues raised, and there having

been no objections filed, the Recommendation of the Magistrate Judge made under

28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without

prejudice for failure to prosecute and to obey the Court's Order.

**DONE and ORDERED** this 7th day of June, 2016.


        /s/  Callie V. S. Granade
        SENIOR UNITED STATES DISTRICT JUDGE